U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUL 1 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PIONEER EXPLORATION, LTD** | : | **CIVIL ACTION NO. 2:07-cv-0566** |
| **VS.** | : | **JUDGE MINALDI** |
| **CLEVELAND J. RUTHERFORD**<br>**And TERRY A. RUTHERFORD** | : | **MAGISTRATE JUDGE HILL** |

## ORDER OF CERTIFICATION

Considering the foregoing motion of PIONEER EXPLORATION, LTD.:

IT IS ORDERED that the Judgment of this Court dated April 11, 2008, be and hereby is, designated and certified as final pursuant to Rule 54 of the Federal Rules of Civil Procedure, and that April 11, 2008 judgment be amended to add the following language:

> This Court determines that there is no just reason for delay and it directs the Clerk to enter a judgment based on this order.

IT IS FURTHER ORDERED that the Clerk of Court enter a judgment pursuant to this Court's April 11, 2008 ruling as amended herein, which judgment will be certified as appealable pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Lake Charles, Louisiana, this _10_ day of July, 2008.

_____
JUDGE, U.S. DISTRICT COURT